SHERMAN COLLEGE OF STRAIGHT CHIROPRACTIC; Straight Chiropractic Academic Standards Association, Inc., a Pennsylvania Corporation, Plaintiffs-Appellants,

v.

AMERICAN CHIROPRACTIC ASSOCIATION, INC., the Council on Chiropractic Education, Inc., National Board of Chiropractic Examiners, and Sid E. Williams, Defendants-Appellees.

No. 86–8226.

United States Court of Appeals, Eleventh Circuit.

March 27, 1987.

John C. Butters, Atlanta, Ga., for plaintiffs-appellants.

Donald F. Walton, Atlanta, Ga., for Williams.

Hugh W. Gilbert, Atlanta, Ga., for Am. Chiropractic Assn.

Paul E. Goodspeed, H. Thomas Coghill, Denver, Colo. Sigmund Timberg, Washington, D.C., for Nat'l Bd. of Chiro. Exam.

C. Coleman Bird, Washington, D.C., for C. on Chiro. Ed.

Before TJOFLAT and HILL, Circuit Judges, and LYNNE *, Senior District Judge.

---

\* Honorable Seybourn H. Lynne, Senior U.S. District Judge for the Northern District of Ala-

PER CURIAM:

Oral argument was heard in this case in Atlanta, Georgia on November 19, 1986. The record, briefs, and arguments of counsel have been carefully considered. The judgment of the district court is affirmed on the basis of the order of the Honorable Orinda D. Evans, dated and filed January 9, 1986, published as *Sherman College v. American Chiropractic Association, Inc.*, 654 F.Supp. 716 (N.D.Ga.1987).